IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

DOLORES C. WOODARD  \*
2901 Toles Park Dr., Unit 427
Suitland, MD 20746  \*

    V.  \*  Case No. D-05-CV-24-009346

WASHINGTON METROPOLITAN  \*
AREA TRANSIT AUTHORITY;
a/k/a WMATA  \*
600 5th Street, NW
Washington, DC 20001  \*

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Dolores C. Woodard, by and through Counsel, Christian Ashin & Brown, P.C., and Jason B. DeNardo, and hereby files the instant motor tort complaint for civil damages against the Defendant, Washington Area Metropolitan Transit Authority (hereinafter "WMATA") and, as grounds in support thereof, respectfully states as follows:

1. That jurisdiction is vested in this Court and venue is proper, as the subject cause of action accrued in Prince George's County, Maryland and the amount in controversy is Twenty-Five Thousand Dollars ($25,000.00), excluding costs.

2. That the subject cause of action, a motor tort, occurred July 3rd, 2023, at the intersection of Addison Road and Walker Mill Road, in Capitol Heights, Maryland, wherein a Metrobus purportedly owned by the Defendant WMATA and operated by Janelle Vicotria Scroggins, an employee of Defendant WMATA, negligently and carelessly changed lanes, striking the driver's side of Plaintiff's vehicle and causing the injuries described herein.

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740

(301) 277-9171

3. That at all times pertinent hereto, the Plaintiff operated her vehicle in a safe and non-negligent manner.

4. That the aforementioned collision was caused by the recklessness, carelessness, and negligence of the Defendant's employee, Ms. Scroggins; for that, among other acts and omissions, the Defendant's employee:

   a. Failed to keep a proper lookout;

   b. Failed to pay proper time and attention, and

   c. Failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing.

5. That as the direct, sole and proximate result of the negligence and carelessness of the Defendant's employee, the Plaintiff:

   a. Sustained serious and painful bodily injuries;

   b. Sustained property damage to her vehicle, *a 2014 Chevy Cruz*;

   c. Was caused to undergo medical treatment and incur costs and expenses; and

   d. Lost time from gainful employment.

6. That Plaintiff's losses are the direct, sole, and proximate result of the Defendant's carelessness, recklessness, and negligence and without any negligence or want of duty of care on the Plaintiff's part contributing thereto.

7. That at all times pertinent hereto, Ms. Scroggins was an employee and/or agent of the Defendant, WMATA, acting within the scope of his/her employment.

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740

(301) 277-9171

8. That Defendant, WMATA, is vicariously liable for the acts and/or omissions of its employees and/or agents within the scope of said employment.

9. Moreover, the Defendant, WMATA, is liable for the damages Plaintiff sustained under the legal doctrine of *Respondent Superior*.

**WHEREFORE**, the Plaintiff, Dolores C. Woodard, prays this Honorable Court enter judgment against the Defendant, Washington Metro Area Transit Authority ("WMATA") in the sum of Twenty-Five Thousand Dollars ($25,000.00), plus costs of this suit and interest.

Respectfully Submitted by:

**CHRISTIAN, ASHIN, & BROWN, P.C.**

/s/ Jason B. DeNardo, Esq.
Jason B. DeNardo, 12830
CPF# 1206200057
7305 Baltimore Avenue, Ste. 305
College Park, MD  20740
(p) 301.277.9171
(f) 301.699.1068
*Attorney for Plaintiff*

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740

(301) 277-9171